UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00096 |
| | ) | JUDGE CAMPBELL |
| ANTON LAMONT THOMPSON | ) | |

ORDER

The hearing on the Petition (Docket No. 55) alleging violations of Defendant's Conditions of Supervision currently scheduled for October 9, 2013, is RESCHEDULED for October 7, 2013, at 9:00 a.m.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE