UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-00096 |
| | ) | JUDGE CAMPBELL |
| ANTON LAMONT THOMPSON | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Continue Revocation Hearing (Docket No. 69). Through the Motion, Defendant requests that the revocation hearing, currently set for October 7, 2013, be continued because he needs additional time to prepare for the hearing.

The Motion is GRANTED. Accordingly, the revocation hearing is CONTINUED until November 20, 2013, at 2:30 p.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE